1  DAVID J. KAMINSKI (State Bar No. 128509)
   kaminskd@cmtlaw.com
2  LARISSA G. NEFULDA (State Bar No. 201903)
   nefuldal@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendants,
   WORLD FINANCIAL CAPITAL BANK
7  and ASSET ACCEPTANCE, LLC

8

                IN THE UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  ANASTACIA F. ADARME, an            )   CASE NO. 0804721 CRB
                                        )
12  individual,                         )
                                        )   **STIPULATION RE: DISMISSAL OF**
13                                      )   **ENTIRE ACTION, WITH PREJUDICE**
                                        )
14              Plaintiff,              )
                                        )
15      VS.                             )   Honorable Judge Charles R. Breyer
                                        )
16                                      )
    WORLD FINANCIAL CAPITAL BANK;       )
17  ASSET ACCEPTANCE, LLC,              )
                                        )
18              Defendants.             )
                                        )
19  _____)

20      **IT IS HEREBY STIPULATED BY AND BETWEEN** Defendants, WORLD

21  FINANCIAL CAPITAL BANK and ASSET ACCEPTANCE, LLC ("Defendants") and Plaintiff

22  ANASTACIA F. ADARME ("Plaintiff"), through their respective counsel of record, that Plaintiff

23  shall dismiss the above-entitled lawsuit in its entirety, with prejudice pursuant to FRCP 41(a)(1).

24  Each party shall bear its own costs and expenses.

25  / / /

26  / / /

27  / / /

28

                                        1

05802.00/151982                         CASE NO. 0804721 CRB
                                        STIPULATION RE: DISMISSAL OF ENTIRE ACTION,
                                        WITH PREJUDICE

1    **IT IS FURTHER STIPULATED** by and between the parties to this action through their

2    counsel of record that this Court retain jurisdiction in this case solely to enforce the settlement.

3

4    DATED: March 13, 2009                    CARLSON & MESSER LLP

5
                                              By    /s/ David J. Kaminski
6                                                 David J. Kaminski
                                                  Larissa G. Nefulda
7                                                 Attorneys for Defendants,
                                                  WORLD FINANCIAL CAPITAL BANK
8                                                 and ASSET ACCEPTANCE, LLC

9

10   DATED: March 13, 2009                    THE BERG LAW GROUP

11
                                              By    /s/ Irving L. Berg
12                                                Irving L. Berg
                                                  Attorneys for Plaintiff,
13                                                ANASTACIA F. ADARME

14

15

16

17

18                    IT IS SO ORDERED

19                    Judge Charles R. Breyer

20

21

22

23

24

25

26

27

28

---

2

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045